UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTER FRANK TAYLOR, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>USAA GENERAL INDEMNITY COMPANY, et al.,<br><br>   Defendants. | CASE NO. C20-783 MJP<br><br>ORDER VACATING CASE DEADLINES AND STRIKING PENDING MOTIONS |

This matter comes before the Court on the Parties' Notice of Settlement of Action in Its Entirety. (Dkt. No. 10.) Having reviewed the Motion and the related record, the Court hereby VACATES all case management dates and STRIKES all pending motions. The Parties must perfect settlement within 45 days of the date of this order and file their stipulated dismissal of all claims, as described in their Notice, or the Court will reinstate the case management deadlines.

//

//

//

1      The clerk is ordered to provide copies of this order to all counsel.

2      Dated June 5, 2020.

                         Marsha J. Pechman
                         United States Senior District Judge